UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMMAR HARRIS,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>COUNTY OF CLARK,<br><br>　　　　　　Respondent. | Case No. 2:23-cv-02135-RFB-NJK<br><br>**Order Directing Petitioner to File Application to Proceed *In Forma Pauperis* or Pay Filing Fee** |

    Ammar Harris has submitted a *pro se* 28 U.S.C. § 2241 habeas corpus petition. (ECF No. 1-1.) He has not, however, either paid the $5.00 filing fee or submitted a completed application to proceed *in forma pauperis* with the required inmate account statements for the past sixth months and financial certificate. 28 U.S.C. § 1915(a)(2); Local Rule LSR1-2.

    This action therefore is subject to dismissal without prejudice as improperly commenced. However, it is unclear from the papers presented whether a dismissal without prejudice will materially affect a later analysis of any timeliness issue with respect to a new action.

    Therefore IT IS ORDERED that **on or before Monday, April 8, 2024**, petitioner must submit either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis*.

    IT IS FURTHER ORDERED that failure to do so may result in the dismissal of this action without prejudice and without further notice.

1      IT IS FURTHER ORDERED that the Clerk of Court will provide a courtesy copy of this Order to Petitioner via first class postage. The Clerk of Court will also retain the petition but not file it at this time.

**DATED:** 6 February 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**