# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMMAR HARRIS,<br><br>  Petitioner<br><br>v.<br><br>JOE LOMBARDO, *et al.*,<br><br>  Respondents | Case No.: 2:23-cv-02135-RFB-NJK<br><br>**Order Directing Petitioner to File Application to Proceed *In Forma Pauperis* or Pay Filing Fee** |

Ammar Harris has submitted a *pro se* 28 U.S.C. § 2241 habeas corpus petition. (ECF No. 1-1.) The Court directed Harris to either pay the $5.00 filing fee or submit a completed application to proceed *in forma pauperis* by April 8, 2024. (ECF No. 6.) Instead, Harris filed what he styled as an opposition in which he states that he does not have the $5.00 filing fee. (ECF No. 7.) But, as the Court informed him previously, if he cannot afford the filing fee, he must submit a completed application to proceed *in forma pauperis* with the required inmate account statements for the past sixth months and financial certificate. 28 U.S.C. § 1915(a)(2); Local Rule LSR1-2. The Court will grant Harris an additional 30 days to submit the application to proceed *in forma pauperis*.[1]

///

---

[1] If Harris' financial situation has changed and he can afford the filing fee, of course he may still pay the filing fee instead of submitting an application to proceed *in forma pauperis*.

**IT IS THEREFORE ORDERED** that within **30 days** of the date of this order petitioner must submit either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that failure to do so may result in the dismissal of this action without prejudice and without prior further notice.

**IT IS FURTHER ORDERED** that the Clerk of Court retain the petition but not file it at this time.

**DATED:** April 17, 2024.



**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**