# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMMAR HARRIS,<br><br>　　Petitioner<br><br>v.<br><br>JOE LOMBARDO, et al.,<br><br>　　Respondents | Case No.: 2:23-cv-02135-RFB-NJK<br><br>**Order Dismissing Petition and Closing Case** |

Ammar Harris has submitted a *pro se* 28 U.S.C. § 2241 habeas corpus petition. (ECF No. 1-1.) The court directed Harris to either pay the $5.00 filing fee or submit a completed application to proceed *in forma pauperis* by May 17, 2024. (ECF No. 6.) That order was served on Harris at his address of record. More than the allotted time has passed, and Harris has not filed an application to proceed *in forma pauperis* or paid the filing fee or contacted the court in any manner. Accordingly, this action is dismissed without prejudice as improperly commenced.

**IT IS THEREFORE ORDERED** that the Clerk of Court detach and file the petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the petition is **DISMISSED** without prejudice as set forth in this order.

**IT IS FURTHER ORDERED** that the motion to stay proceedings in 8th Judicial Court (ECF No. 3) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that a certificate of appealability will not issue.

**IT IS FURTHER ORDERED** that the Clerk enter judgment accordingly and close this case.

**DATE:** June 3, 2024

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**