# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AMMAR HARRIS,<br><br>Petitioner,<br><br>v.<br><br>JOE LOMBARDO, *et al*.,<br><br>Respondents. | Case No. 2:23-cv-02135-RFB-NJK<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL** |

In June 2024, the Court dismissed Ammar Harris's *pro se* 28 U.S.C. § 2241 habeas corpus petition without prejudice as improperly commenced. See ECF No. 10. The case was closed, and judgment was entered. See ECF No. 11. Harris has now filed a motion for appointment of counsel in this closed case. See ECF No. 12. However, if Harris wishes to pursue a federal habeas corpus petition, he must file a new petition in a new case with a new case number along with a fully completed application to proceed *in forma pauperis* or the $5.00 filing fee. He may file a motion for appointment of counsel in the new case.

Therefore, **IT IS HEREBY ORDERED** that Petitioner's (ECF No. 12) motion for appointment of counsel is **DENIED**. A certificate of appealability will not issue.

**DATED:** May 13, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**